IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY D. HUNTER,<br><br>   Plaintiff,<br><br> vs.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>   Defendants. | 1:07-CV-00373-LJO-NEW(DLB)-P<br><br>ORDER TO SUBMIT CERTIFIED COPY<br>OF TRUST ACCOUNT STATEMENT<br>**OR** PAY FILING FEE |

   Plaintiff, a prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement.  However, the copy of plaintiff's prison trust account statement was not certified and did not include the entire six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to either pay the $350.00 filing fee or submit a new copy of his trust account statement in support of his request to proceed in forma pauperis.

   In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account

1

1  statement for the entire six month period immediately preceding the filing of the complaint, or in the
2  alternative, pay the $350.00 filing fee for this action.  Plaintiff's failure to comply with this order will
3  result in a recommendation that this action be dismissed.
4       IT IS SO ORDERED.
5       Dated:   **April 10, 2007**               /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE