1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LEROY DEWITT HUNTER,                    1:07-cv-00373-LJO-GSA-PC

11          Plaintiff,                       ORDER ADOPTING FINDINGS
                                             AND RECOMMENDATIONS
12      vs.                                  (Doc. 20.)

13   YOUNGBLOOD, et al.,                     ORDER FOR THIS ACTION TO PROCEED
                                             ONLY AGAINST DEFENDANT HINOJOSA
14                                           FOR EXCESSIVE FORCE UNDER THE DUE
                                             PROCESS CLAUSE, AND DISMISSING ALL
15                                           REMAINING CLAIMS AND DEFENDANTS
            Defendants.
16   _____/

17          Leroy Dewitt Hunter ("plaintiff") is a state prisoner proceeding pro se in this civil

18   rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20          On September 3, 2009, findings and recommendations were entered, recommending

21   that this action proceed only against defendant Hinojosa for excessive force under the Due Process

22   Clause, and that all other claims and defendants be dismissed.  On September 16, 2009, plaintiff

23   filed a statement of non-opposition to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

25   305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and proper

27   analysis.

28                                             1

1    Accordingly, THE COURT HEREBY ORDERS that:

2     1.  The Findings and Recommendations issued by the Magistrate Judge on September

3 3, 2009, are adopted in full;

4     2.  This action now proceeds only against defendant Hinojosa for excessive force

5 under the Due Process Clause;

6     3.  All remaining claims and defendants are dismissed from this action;

7     4.  Defendants Kern County Sheriff Donny Youngblood, Officer P. Davis, Deputy

8 Sheriff Sergeant Mann, and District Attorney Edward R. Jagels are dismissed from this action based

9 on Plaintiff's failure to state any claims upon which relief may be granted against them; and

10     5.  Plaintiff's claims for equal protection, supervisory liability, and malicious

11 prosecution are dismissed for failure to state a claim upon which relief may be granted under section

12 1983; and

13     6.  The Clerk is directed to reflect the dismissal of defendants Kern County Sheriff

14 Donny Youngblood, Officer P. Davis, Deputy Sheriff Sergeant Mann, and District Attorney Edward

15 R. Jagels from this action on the court's docket.

16

17 IT IS SO ORDERED.

18 **Dated: October 1, 2009**     **/s/ Lawrence J. O'Neill**
                 UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28           2