# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY D. HUNTER,<br><br>        Plaintiff,<br><br>   v.<br><br>HINOJOSA,<br><br>        Defendant.<br>_____/ | CASE NO. 1:07-cv-00373-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 56)<br><br>THIRTY-DAY DEADLINE |

     Plaintiff Leroy D. Hunter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant Hinojosa for use of excessive force.

     On March 15, 2010, Defendant filed a motion for summary judgment. Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

     Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendant's motion for summary judgment within **thirty (30) days** from the date of service of this order; and

2. The failure to respond to Defendant's motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   April 26, 2011**                    /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE